In re estate of Margaret B. Williams, deceased. Mayme B. Jenkins, executrix, appellant, v. Henry White, heir at law and next of kin of Margaret B. Williams, deceased, appellee. Gen. No. 25,997.

Petition presenting will for probate. Order denying probate. Appeal to circuit court. Affirmed. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Transferred to Supreme Court. Opinion filed May 28, 1920.

Ward & Farrell, for appellant. H. E. Osborn and H. E. Baker, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Louis C. Ehle, appellant, v. Tribune Company, appellee. Gen. No. 24,837.

Action of libel. Judgment for nominal damages for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed May 28, 1920. Rehearing denied June 14, 1920.

Gideon S. Thompson, for appellant. Shepard, McCormick, Kirkland, Patterson & Fleming, for appellee; Weymouth Kirkland and Charles F. Rathbun, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

---

Bernice Higbee Hermann, by Edith Hermann, appellee, v. Chicago Railways Company et al., operating as Chicago Surface Lines, appellants. Gen. No. 25,166.

Action to recover for injuries to person struck by street car while crossing tracks. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. William Fenimore Cooper, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Reversed with findings of fact. Opinion filed May 28, 1920.

Charles LeRoy Brown, for appellants; John R. Guilliams and Franklin B. Hussey, of counsel. Quin O'Brien, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Sivert Hollisen, complainant, v. Charles H. Kusel et al., defendants. Raymond A. von Danden, appellant, v. Charles H. Kusel et al., appellees. Gen. No. 25,177.

Motion to file a replication to disclaimer of interest in rent fund. Motion denied. Appeal from the Circuit Court of Cook county; the Hon. Richard S. Tuthill, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Reversed and remanded with directions. Opinion filed May 28, 1920.

William R. Brand, for appellant. John E. Crahen, for appellees.

Mr. Justice Barnes delivered the opinion of the court.